41591. QUIGLEY et al. v. WOODALL et al.
(325 SE2d 772)

PER CURIAM.

Judgment affirmed without opinion pursuant to Rule 59 of this court.

*All the Justices concur, except Hill, C. J., who concurs specially and Smith, J., not participating.*

DECIDED JANUARY 7, 1985.

*Henning, Chambers & Mabry, Walter B. McClelland, Richard W. Wilson, Jr.,* for appellants.

*Hurt, Richardson, Garner, Todd & Cadenhead, James H. Cox, James R. Harland, Jr., Franklin N. Biggins,* for appellees.

HILL, Chief Justice, concurring specially.

I write simply to point out that, in my view, when neighbors of rezoned property seek to show that the rezoning power is being manifestly abused to the oppression of the neighbors, see *Cross v. Hall County*, 238 Ga. 709, 711 (235 SE2d 379) (1977), they must do so by objective evidence, not the subjective intent of the county commissioners, and hence the taking of the depositions of the county commissioners is unnecessary.